Certificate Number: 15317-PAM-DE-033825736

Bankruptcy Case Number: 19-04941


15317-PAM-DE-033825736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2019, at 6:41 o'clock PM PST, Scott W Wentzel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 12, 2019               By:     /s/Jerico Dable

                                        Name:   Jerico Dable

                                        Title:  Counselor