Certificate Number: 15317-PAM-DE-033825737

Bankruptcy Case Number: 19-04941


15317-PAM-DE-033825737

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on December 12, 2019, at 6:41 o'clock PM PST, Christine L Wentzel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 12, 2019            By:   /s/Jerico Dable

                                     Name: Jerico Dable

                                     Title: Counselor