In re:                                                                  Case No. 19-04941-HWV
Scott W. Wentzel                                                        Chapter 13
Christine L. Wentzel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MichaelMc         Page 1 of 3         Date Rcvd: Dec 23, 2019
                            Form ID: ntcnfhrg       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db/jdb         +Scott W. Wentzel,   Christine L. Wentzel,   3920 Afleet Alex Way,   Harrisburg, PA 17110-8912
5278029        +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O Box 183853,   Arlington, TX 76096-3853
5272153        +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
5272159        +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
5272163        +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
5272165        +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
5272166        +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
5272176        +Costco Anywhere Visa Card,   Attn: Bankruptcy,   Po Box 6500,   Sioux Falls, SD 57117-6500
5272178        +First PREMIER Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
5272179        +Household Finance Co/OneMain Financial,   Attn: Bankruptcy,   Po Box 3251,
                 Evansville, IN 47731-3251
5282958        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5272189         MS Hershey Medical Center,   PO Box 643291,   Pittsburgh, PA 15264-3291
5272185        +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5272192        +NVR Mortgage,   Attn: Bankruptcy,   555 Southpointe Blvd, Ste 300,   Canonsburg, PA 15317-8592
5272194        +Pa Central Credit Union.,   959 E Park Dr,   Harrisburg, PA 17111-2894
5272195        +Pa Central F,   959 East Park Dr,   Harrisburg, PA 17111-2894
5272196        +Pennsylvania Central F,   959 E Park Dr,   Harrisburg, PA 17111-2810
5272199        +RoundPoint Mortgage Servicing Corp,   Attn: Bankruptcy,   Po Box 19409,
                 Charlotte, NC 28219-9409
5272212        +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 20:12:47
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5272139        +E-mail/Text: backoffice@affirm.com Dec 23 2019 19:53:16     Affirm Inc,   Affirm Incorporated,
                 Po Box 720,   San Francisco, CA 94104-0720
5272148        +E-mail/Text: ally@ebn.phinsolutions.com Dec 23 2019 19:51:58     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
5272152        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 23 2019 19:52:15
                 AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
5272158        +E-mail/Text: bk@avant.com Dec 23 2019 19:53:00     Avant,   Attn: Bankruptcy,   Po Box 9183380,
                 Chicago, IL 60691-3380
5272160        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 19:51:19     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5277279         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 20:12:47
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5272169        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22     Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5272170        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:23     Comenity Bank/Buckle,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5272172        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:23
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5272173        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:23     Comenity Bkl/Ulta,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5272174         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:23     Comenity Capital/Zales,
                 Attn: Bankrutptcy Dept,   Po Box 18215,   Columbus, OH 43218
5272175         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:23     Comenitybank/New York,
                 Attn: Bankruptcy,   Po Box 18215,   Columbus, OH 43218
5272177        +E-mail/Text: bankruptcy@firstelectronic.com Dec 23 2019 19:53:13     First Electronic Bank,
                 Attn: Bankruptcy,   Po Box 521271,   Salt Lake City, UT 84152-1271
5272180        +E-mail/Text: bankruptcy@huntington.com Dec 23 2019 19:52:39     Huntington Natl Bk,
                 Attn: Bankruptcy,   P.O. Box 340996,   Columbus, OH 43234-0996
5272181         E-mail/Text: cio.bncmail@irs.gov Dec 23 2019 19:52:13     Internal Revenue Services,
                 228 Walnut Street,   Harrisburg, PA 17111
5272182        +E-mail/Text: bncnotices@becket-lee.com Dec 23 2019 19:52:07     Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5272184        +E-mail/Text: bknotification@loandepot.com Dec 23 2019 19:53:08     Loandepo.com,
                 Attn:  Bankruptcy Dept,   26642 Towne Center Dr,   Foothill Ranch, CA 92610-2808
5280020         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 23 2019 19:51:12     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5272188        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 23 2019 19:49:45
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
5272191        +E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
5272193        +E-mail/PDF: cbp@onemainfinancial.com Dec 23 2019 19:50:17     OneMain Financial,
                 Attn: Bankruptcy,   Po Box 3251,   Evansville, IN 47731-3251
5272198        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:36
                 Pennsylvania Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17128-0001
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5274368            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:36
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
5272203           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:26      Syncb/Music,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
5272204           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:12      Syncb/PPC,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
5272200           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:25      Syncb/hdceap,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
5272201           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:24      Syncb/hhgreg,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
5272657           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:24      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5272205           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:13      Synchrony Bank/Care Credit,
                   Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272207           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:49:44      Synchrony Bank/HH Gregg,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272208           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:25      Synchrony Bank/Lowes,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272210           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:13      Synchrony Bank/Old Navy,
                   Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 33

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5272157            Applied Bank
5272144*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272145*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272146*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272147*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272140*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272141*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272142*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272143*          +Affirm Inc,    Affirm Incorporated,   Po Box 720,    San Francisco, CA 94104-0720
5272149*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272150*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272151*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272154*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272155*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272156*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272161*          +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5272162*          +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5272164*          +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5272167*          +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
5272168*          +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
5272171*          +Comenity Bank/Buckle,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5272183*          +Kohls/Capital One,    Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5272190*           MS Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5272186*          +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5272187*          +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5272197*          +Pennsylvania Central F,    959 E Park Dr,    Harrisburg, PA 17111-2810
5272202*          +Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272206*          +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272209*          +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272211*          +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272213*          +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                   Des Moines, IA 50328-0001
5272214*          +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                   Des Moines, IA 50328-0001
                                                                                      TOTALS: 1, * 31, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Chad J. Julius    on behalf of Debtor 2 Christine L. Wentzel cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Chad J. Julius    on behalf of Debtor 1 Scott W. Wentzel cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Scott W. Wentzel, | Chapter 13 |
| **Debtor 1** | |
| Christine L. Wentzel, | Case No. 1:19–bk–04941–HWV |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 23, 2019 |

ntcnfhrg (03/18)