```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                         Case No. 19-04941-HWV
Scott W. Wentzel                                                               Chapter 13
Christine L. Wentzel
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1           User: MichaelMc              Page 1 of 3                Date Rcvd: Dec 23, 2019
                               Form ID: pdf002              Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db/jdb         +Scott W. Wentzel,    Christine L. Wentzel,    3920 Afleet Alex Way,    Harrisburg, PA 17110-8912
5278029        +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O Box 183853,    Arlington, TX 76096-3853
5272153        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272159        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5272163        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5272165        +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
5272166        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
5272176        +Costco Anywhere Visa Card,    Attn: Bankruptcy,    Po Box 6500,    Sioux Falls, SD 57117-6500
5272178        +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5272179        +Household Finance Co/OneMain Financial,    Attn: Bankruptcy,    Po Box 3251,
                 Evansville, IN 47731-3251
5282958        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5272189         MS Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5272185        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5272192        +NVR Mortgage,    Attn: Bankruptcy,    555 Southpointe Blvd, Ste 300,    Canonsburg, PA 15317-8592
5272194        +Pa Central Credit Union.,    959 E Park Dr,    Harrisburg, PA 17111-2894
5272195        +Pa Central F,    959 East Park Dr,    Harrisburg, PA 17111-2894
5272196        +Pennsylvania Central F,    959 E Park Dr,    Harrisburg, PA 17111-2810
5272199        +RoundPoint Mortgage Servicing Corp,    Attn: Bankruptcy,    Po Box 19409,
                 Charlotte, NC 28219-9409
5272212        +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 19:51:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5272139        +E-mail/Text: backoffice@affirm.com Dec 23 2019 19:53:16      Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
5272148        +E-mail/Text: ally@ebn.phinsolutions.com Dec 23 2019 19:51:58      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272152        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 23 2019 19:52:15
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
5272158        +E-mail/Text: bk@avant.com Dec 23 2019 19:53:00      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                 Chicago, IL 60691-3380
5272160        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 19:50:31      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5277279         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 23 2019 20:13:09
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5272169        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:21      Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5272170        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22      Comenity Bank/Buckle,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5272172        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5272173        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22      Comenity Bkl/Ulta,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5272174         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22      Comenity Capital/Zales,
                 Attn: Bankrutptcy Dept,    Po Box 18215,    Columbus, OH 43218
5272175         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 23 2019 19:52:22      Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
5272177        +E-mail/Text: bankruptcy@firstelectronic.com Dec 23 2019 19:53:13      First Electronic Bank,
                 Attn: Bankruptcy,    Po Box 521271,    Salt Lake City, UT 84152-1271
5272180        +E-mail/Text: bankruptcy@huntington.com Dec 23 2019 19:52:39      Huntington Natl Bk,
                 Attn: Bankruptcy,    P.O. Box 340996,    Columbus, OH 43234-0996
5272181         E-mail/Text: cio.bncmail@irs.gov Dec 23 2019 19:52:13      Internal Revenue Services,
                 228 Walnut Street,    Harrisburg, PA 17111
5272182        +E-mail/Text: bncnotices@becket-lee.com Dec 23 2019 19:52:07      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5272184        +E-mail/Text: bknotification@loandepot.com Dec 23 2019 19:53:08      Loandepo.com,
                 Attn: Bankruptcy Dept,    26642 Towne Center Dr,    Foothill Ranch, CA 92610-2808
5280020         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 23 2019 19:51:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5272188        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 23 2019 19:50:26
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
5272191        +E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14      National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5272193        +E-mail/PDF: cbp@onemainfinancial.com Dec 23 2019 19:50:17      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5272198        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:35
                 Pennsylvania Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17128-0001
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5274368            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:36
                    Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                    Harrisburg, PA  17128-0946
5272203           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:12      Syncb/Music,    Attn: Bankruptcy,
                    Po Box 965060,    Orlando, FL 32896-5060
5272204           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:24      Syncb/PPC,    Attn: Bankruptcy,
                    Po Box 965060,    Orlando, FL 32896-5060
5272200           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:12      Syncb/hdceap,    Attn: Bankruptcy,
                    Po Box 965060,    Orlando, FL 32896-5060
5272201           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:25      Syncb/hhgreg,    Attn: Bankruptcy,
                    Po Box 965060,    Orlando, FL 32896-5060
5272657           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:13      Synchrony Bank,
                    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5272205           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:25      Synchrony Bank/Care Credit,
                    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272207           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:23      Synchrony Bank/HH Gregg,
                    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272208           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:50:24      Synchrony Bank/Lowes,
                    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272210           +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:51:12      Synchrony Bank/Old Navy,
                    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5272157            Applied Bank
5272144*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272145*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272146*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272147*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272140*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272141*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272142*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272143*          +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
5272149*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272150*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272151*          +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
5272154*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272155*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272156*          +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5272161*          +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5272162*          +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5272164*          +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5272167*          +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                    St Louis, MO 63179-0034
5272168*          +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                    St Louis, MO 63179-0034
5272171*          +Comenity Bank/Buckle,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5272183*          +Kohls/Capital One,    Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5272190*           MS Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5272186*          +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5272187*          +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5272197*          +Pennsylvania Central F,    959 E Park Dr,    Harrisburg, PA 17111-2810
5272202*          +Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272206*          +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272209*          +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5272211*          +Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5272213*          +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                    Des Moines, IA 50328-0001
5272214*          +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                    Des Moines, IA 50328-0001
                                                                                             TOTALS: 1, * 31, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor 2 Christine L. Wentzel cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Chad J. Julius    on behalf of Debtor 1 Scott W. Wentzel cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Federal National Mortgage Association
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Scott W. Wentzel**
**Christine L. Wentzel**

CHAPTER 13
CASE NO. **1:19-bk-04941**

■ ORIGINAL PLAN
_____ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ■ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**46,200.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| **12/19** | **11/24** | 770.00 | 0.00 | 770.00 | 46,200.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $46,200.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:19-bk-04941-HWV    Doc 7    Filed 11/20/19    Entered 11/20/19 08:36:57    Desc
Main Document    Page 1 of 5
Case 1:19-bk-04941-HWV    Doc 23    Filed 12/25/19    Entered 12/26/19 00:41:42    Desc
Imaged Certificate of Notice    Page 4 of 8

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

    ■ Debtor is over median income. Debtor(s) estimates that a minimum of $**0.00** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
_____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **AmeriCredit/GM Financial** | 2018 Chevrolet Malibu 15000 miles | 1277 |
| **Pa Central Credit Union.** | 2018 Chevrolet Cruze 16000 miles | 0002 |
| **RoundPoint Mortgage Servicing Corp** | 3920 Afleet Alex Way Harrisburg, PA 17110 Dauphin County<br>Debtor paid $301,975.00 in 2018. Given trustee accomodation of cost of sale (8%). | 9176 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:19-bk-04941-HWV    Doc 7    Filed 11/20/19    Entered 11/20/19 08:36:57    Desc
Main Document      Page 2 of 5
Case 1:19-bk-04941-HWV    Doc 23    Filed 12/25/19    Entered 12/26/19 00:41:42    Desc
Imaged Certificate of Notice    Page 5 of 8

    E.    **Secured claims for which a § 506 valuation is applicable.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    F.    **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    G.    **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

    A.    **Administrative Claims**

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees.</u> Complete only one of the following options:

            a.    In addition to the retainer of $ **500.00** already paid by the Debtor, the amount of $ **3,500.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

            b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    B.    **Priority Claims (including, certain Domestic Support Obligations**

☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

■ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Services | $33,000.00 |
| Pennsylvania Department of Revenue | $1,000.00 |

    C.    **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A.    **Claims of Unsecured Nonpriority Creditors Specially Classified.**
        *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B.    **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of**

3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 1:19-bk-04941-HWV    Doc 7    Filed 11/20/19    Entered 11/20/19 08:36:57    Desc
Main Document    Page 3 of 5
Case 1:19-bk-04941-HWV    Doc 23    Filed 12/25/19    Entered 12/26/19 00:41:42    Desc
Imaged Certificate of Notice    Page 6 of 8

**other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☐ plan confirmation.
   ☐ entry of discharge.
   ■ closing of case.

7. **DISCHARGE: (Check one)**

   ■ The debtor will seek a discharge pursuant to § 1328(a).

   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

**When Joint Debtor obtains employment she shall provide to the Chapter 13 Trustee income statements and amended plan if necessary amend the plan to include any increased income.**

Dated: **November 20, 2019**　　　　　　　　**/s/ Chad J. Julius**
**Chad J. Julius**
Attorney for Debtor

**/s/ Scott W. Wentzel**
**Scott W. Wentzel**
Debtor

**/s/ Christine L. Wentzel**
**Christine L. Wentzel**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Case 1:19-bk-04941-HWV    Doc 7    Filed 11/20/19    Entered 11/20/19 08:36:57    Desc
Main Document    Page 5 of 5
Case 1:19-bk-04941-HWV    Doc 23    Filed 12/25/19    Entered 12/26/19 00:41:42    Desc
Imaged Certificate of Notice    Page 8 of 8