UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. WENTZEL    CHRISTINE L. WENTZEL
        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant        CASE NO: 1-19-04941-HWV

vs.

SCOTT W. WENTZEL    CHRISTINE L. WENTZEL
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 30, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on January 20, 2020.

2. A hearing was held and an Order was entered on February 26, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/   James K. Jones, Esq.
        Id:   39031
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA   17036
        Ph.   717-566-6097
        Fax. 717-566-8313
        eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: SCOTT W. WENTZEL<br>CHRISTINE L. WENTZEL<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-19-04941-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: May 27, 2020<br><br><br>Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: April 30, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT W. WENTZEL
CHRISTINE L. WENTZEL

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CHAPTER 13

Movant

SCOTT W. WENTZEL
CHRISTINE L. WENTZEL

CASE NO: 1-19-04941-HWV

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 30, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG, PA   17111-5212 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| SCOTT W. WENTZEL<br>3920 AFLEET ALEX WAY<br>HARRISBURG, PA   17110 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   April 30, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: SCOTT W. WENTZEL
CHRISTINE L. WENTZEL

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

SCOTT W. WENTZEL
CHRISTINE L. WENTZEL

Respondent(s)

CHAPTER 13

CASE NO: 1-19-04941-HWV

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.