In re:                                                               Bankr. Case No. 19-04941-13

SCOTT W WENTZEL and CHRISTINE L WENTZEL                   Chapter 13
      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                       ACAR Leasing Ltd. d/b/a GM Financial Leasing
                       PO Box 183853
                       Arlington, TX 76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 19-04941-13

SCOTT W WENTZEL and CHRISTINE L WENTZEL     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

| | |
|---|---|
| CHAD J JULIUS<br>8150 DERRY ST<br>HARRISBURG, PA 17111 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx31277 / 1006293