## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SCOTT W. WENTZEL AND<br>CHRISTINE L. WENTZEL<br><br>　　　　　　　　　　Debtor(s) | CHAPTER　　　　13<br>CASE NO.　　　19-04941-HWV<br>ADV. NO.　　　　- -ap-<br>NATURE OF　　Motion for Relief from<br>PROCEEDING:　Automatic Stay<br>DOCUMENT No.　41 |
| ACAR LEASING LTD DBA<br>GM FINANCIAL LEASING<br><br>　　　　　　　Plaintiff(s)/Movants<br>　vs.<br><br>SCOTT W. WENTZEL AND<br>CHRISTINE L. WENTZEL<br><br>　　　　　Defendant(s)/Respondent(s) | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

　　This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

　　The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

　　Reason for the continuance.
　　Parties have reached terms to resolve Motion for Relief from Automatic Stay and stipulation is being circulated.

　　Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 14, 2020　　　　　　　　　／s/ Martin A. Mooney
　　　　　　　　　　　　　　　　　　　　　　Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.