United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Scott W. Wentzel  
Christine L. Wentzel  
    Debtors

Case No. 19-04941-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5  
Date Rcvd: Jan 22, 2025      Form ID: 3180W      Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott W. Wentzel, Christine L. Wentzel, 3920 Afleet Alex Way, Harrisburg, PA 17110-8912 |
| cr | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5272189 | | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5634517 | + | Midwest Loan Services, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5634518 | + | Midwest Loan Services, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Midwest Loan Services, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5295011 | + | PA Central Federal Credit Union, c/o Bret P. Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 5272194 | + | Pa Central Credit Union., 959 E Park Dr, Harrisburg, PA 17111-2894 |
| 5272195 | + | Pa Central F, 959 East Park Dr, Harrisburg, PA 17111-2894 |
| 5272196 | + | Pennsylvania Central F, 959 E Park Dr, Harrisburg, PA 17111-2810 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@midwestloanservices.com | Jan 22 2025 18:41:00 | Midwest Loan Services, PO Box 209, 6th Floor, Hancock, MI 49930-0209 |
| cr | + | EDI: PRA.COM | Jan 22 2025 23:37:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jan 22 2025 23:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Jan 22 2025 23:37:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5278029 | + | EDI: PHINAMERI.COM | Jan 22 2025 23:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 5272139 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2025 18:49:44 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272148 | + | EDI: GMACFS.COM | Jan 22 2025 23:37:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5272152 | + | EDI: PHINAMERI.COM | Jan 22 2025 23:37:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5288703 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 18:49:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5272153 | + | Email/PDF: bncnotices@becket-lee.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 22 2025 18:49:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5272158 | + | Email/Text: bk@avant.com | Jan 22 2025 18:41:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 5272159 | + | EDI: BANKAMER | Jan 22 2025 23:37:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5272160 | + | EDI: CAPITALONE.COM | Jan 22 2025 23:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5277279 | | EDI: CAPITALONE.COM | Jan 22 2025 23:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5288722 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 18:49:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5293896 | | EDI: CITICORP | Jan 22 2025 23:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5272165 | + | EDI: CITICORP | Jan 22 2025 23:37:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 5272166 | + | EDI: CITICORP | Jan 22 2025 23:37:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5272169 | + | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5272170 | + | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5272172 | + | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5272173 | + | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5272174 | | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5272175 | | EDI: WFNNB.COM | Jan 22 2025 23:37:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 5272176 | + | EDI: CITICORP | Jan 22 2025 23:37:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5272177 | + | Email/Text: bankruptcy@firstelectronic.com | Jan 22 2025 18:41:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 5272178 | + | EDI: AMINFOFP.COM | Jan 22 2025 23:37:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5272179 | + | EDI: AGFINANCE.COM | Jan 22 2025 23:37:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5272180 | + | Email/Text: bankruptcy@huntington.com | Jan 22 2025 18:41:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 5272181 | | EDI: IRS.COM | Jan 22 2025 23:37:00 | Internal Revenue Services, 228 Walnut Street, Harrisburg, PA 17111 |
| 5293099 | | EDI: JEFFERSONCAP.COM | Jan 22 2025 23:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5272163 | | EDI: JPMORGANCHASE | Jan 22 2025 23:37:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5282958 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| Recipient ID | | Method | Date/Time | Party |
|---|---|---|---|---|
| 5272182 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5288280 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 18:49:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5272184 | + | Email/Text: bknotification@loandepot.com | Jan 22 2025 18:41:00 | Loandepo.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 5280020 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 18:49:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5272185 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 22 2025 18:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5291051 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 22 2025 18:41:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5272188 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2025 18:49:39 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5272191 | + | Email/Text: Bankruptcies@nragroup.com | Jan 22 2025 18:41:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5272193 | + | EDI: AGFINANCE.COM | Jan 22 2025 23:37:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5488041 | | EDI: PRA.COM | Jan 22 2025 23:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488042 | | EDI: PRA.COM | Jan 22 2025 23:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5286241 | | EDI: PRA.COM | Jan 22 2025 23:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5272198 | + | EDI: PENNDEPTREV | Jan 22 2025 23:37:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17128-0001 |
| 5272198 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2025 18:41:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17128-0001 |
| 5274368 | | EDI: PENNDEPTREV | Jan 22 2025 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5274368 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2025 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5292505 | | Email/Text: bankruptcy@roundpointmortgage.com | Jan 22 2025 18:41:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5272199 | ^ | MEBN | Jan 22 2025 18:35:22 | RoundPoint Mortgage Servicing Corp, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 5272203 | + | EDI: SYNC | Jan 22 2025 23:37:00 | Syncb/Music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272204 | + | EDI: SYNC | Jan 22 2025 23:37:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272200 | + | EDI: SYNC | Jan 22 2025 23:37:00 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272201 | + | EDI: SYNC | Jan 22 2025 23:37:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272657 | + | EDI: AISACG.COM | Jan 22 2025 23:37:00 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5272205 | + | EDI: SYNC | | |

| Recip ID | Bypass | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 22 2025 23:37:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5272207 | + | EDI: SYNC | | |
| | | | Jan 22 2025 23:37:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272208 | + | EDI: SYNC | | |
| | | | Jan 22 2025 23:37:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272210 | + | EDI: SYNC | | |
| | | | Jan 22 2025 23:37:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5272212 | + | EDI: WFFC2 | | |
| | | | Jan 22 2025 23:37:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5272157 | | Applied Bank |
| 5356496 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 5272140 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272141 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272142 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272143 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272144 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272145 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272146 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272147 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 5272149 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5272150 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5272151 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5288704 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5272154 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5272155 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5272156 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5272161 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5272162 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5272167 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5272168 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5272171 | *+ | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5272164 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5272183 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5272190 | * | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5272186 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5272187 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5272197 | *+ | Pennsylvania Central F, 959 E Park Dr, Harrisburg, PA 17111-2810 |
| 5272202 | *+ | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5293237 | *+ | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5272206 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5272209 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5272211 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5272213 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5272214 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5272192 | ##+ | NVR Mortgage, Attn: Bankruptcy, 555 Southpointe Blvd, Ste 300, Canonsburg, PA 15317-8592 |

TOTAL: 1 Undeliverable, 34 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com |
| Chad J. Julius | on behalf of Debtor 2 Christine L. Wentzel cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Scott W. Wentzel cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Christopher A DeNardo | on behalf of Creditor Midwest Loan Services logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Federal National Mortgage Association bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Federal National Mortgage Association bkgroup@kmllawgroup.com |
| Martin A Mooney | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Steven J. Schiffman | on behalf of Creditor PA Central Federal Credit Union sschiffman@ssbc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scott W. Wentzel | Social Security number or ITIN xxx–xx–2275 |
| | First Name  Middle Name  Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | Christine L. Wentzel | Social Security number or ITIN xxx–xx–4068 |
| | First Name  Middle Name  Last Name | EIN __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04941-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott W. Wentzel                    Christine L. Wentzel

1/22/25

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2