**Fill in this information to identify the case:**

Debtor 1   Scott W. Wentzel

Debtor 2   Christine L. Wentzel
       (Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
                   (State)

Case number   1:19-bk-04941-HWV

---

Form 4100R

# Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Midwest Loan Services

**Last 4 digits of any number you use to identify the debtor's account:** **5091**

**Court Claim no. (if known)** 16

**Property address:** 3920 Afleet Alex Way
      Number     Street

Harrisburg, PA 17110
City              State    Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is on:   02/01/2025
                                                 MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   (b) $ _____
c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:   ___/___/___
                                       MM / DD / YYYY

| Debtor 1 | Scott W. Wentzel | | | Case number: 1:19-bk-04941-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher A. DeNardo                     Date: 02/14/2025
    Signature

**Print:** Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365
First Name    Middle Name    Last Name

Title: Attorney for and on behalf of Midwest Loan Services (as servicer for creditor)

Company: LOGS Legal Group LLP

Address: 985 Old Eagle School Road, Suite 514
Number    Street
Wayne, PA 19087
City            State    ZIP Code

Contact phone: (610) 278-6800

Email: logsecf@logs.com

24-071036 - Form 4100R

Case 1:19-bk-04941-HWV    Doc 70    Filed 02/14/25    Entered 02/14/25 18:49:51    Desc
Response to Notice of Final Cure Payment    Page 2
Main Document    Page 2 of 3

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date: 02/14/2025

Chapter 13 Trustee: Jack N. Zaharopoulos

Trustee Address: 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Trustee Email: info@pamd13trustee.com

Debtor's Counsel Name: Chad J. Julius, Jacobson, Julius & Harshberger

Debtor's Counsel Address: 8150 Derry Street, Harrisburg, PA 17111

Debtor's Counsel Email: cjulius@ljacobsonlaw.com

Debtor's Name: Scott W. Wentzel

Debtor's Mailing Address: 3920 Afleet Alex Way, Harrisburg, PA 17110

Debtor's Email:

Debtor's Name: Christine L. Wentzel

Debtor's Mailing Address: 3920 Afleet Alex Way, Harrisburg, PA 17110

Debtor's Email:

/s/ Christopher A. DeNardo

Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365