IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott W. Wentzel and Christine L. Wentzel<br>  Debtors, | BANKRUPTCY CASE NUMBER<br>1:19-bk-04941-HWV |
| Midwest Loan Services<br>  Movant.<br>v.<br><br>Scott W. Wentzel and Christine L. Wentzel<br>  Debtors/Respondents,<br><br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | CHAPTER 13 |

**PRAECIPE TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Midwest Loan Services's Notice of Postpetition Mortgage Fees, Expenses and Charges filed with the Court on February 14, 2025.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott W. Wentzel and Christine L. Wentzel<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>1:19-bk-04941-HWV |
| Midwest Loan Services<br>　　　Movant.<br>v.<br><br>Scott W. Wentzel and Christine L. Wentzel<br>　　　Debtors/Respondents,<br><br>Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | CHAPTER 15 |

**CERTIFICATE OF SERVICE**

　　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 17th day of February, 2025:

Scott W. Wentzel
3920 Afleet Alex Way
Harrisburg, PA 17110

Christine L. Wentzel
3920 Afleet Alex Way
Harrisburg, PA 17110

Chad J. Julius, Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111
cjulius@ljacobsonlaw.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com