IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christine L. Wentzel**<br>**Scott W. Wentzel**<br>                        Debtor(s)<br><br>**Federal National Mortgage Association**<br>                        Movant<br>vs.<br><br>**Christine L. Wentzel**<br>**Scott W. Wentzel**<br>                        Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                        Trustee | BK NO. 19-04941 HWV<br><br>Chapter 13<br><br>Related to Claim No. 16 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 29, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Christine L. Wentzel
3920 Afleet Alex Way
Harrisburg, PA 17110

Scott W. Wentzel
3920 Afleet Alex Way
Harrisburg, PA 17110

<u>Attorney for Debtor(s)</u>
Chad J. Julius, Jacobson & Julius, 8150 Derry Street
Suite A
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>July 29, 2022</u>

                                                                           **/s/Rebecca A. Solarz, Esquire**
                                                                           Rebecca A. Solarz, Esquire
                                                                           KML Law Group, P.C.
                                                                           BNY Mellon Independence Center
                                                                           701 Market Street, Suite 5000
                                                                           Philadelphia, PA 19106
                                                                           215-825-6327
                                                                           rsolarz@kmllawgroup.com